## FUGATE v. FERGUSON.

A debtor, in pursuance of a corrupt agreement to get time, gave his creditor an obligation payable at a future period, for a sum including the debt and usurious interest at 8 per cent. per annum from the time the debt accrued until the obligation was to be paid. *Held*, that the contract being usurious, the original debt without interest was all that could be recovered.

*Held*, also, that a plea setting forth the usury, and also a payment of part of the principal, was not bad for duplicity.

*Wednesday,
May 18.*

ERROR to the *Wayne* Circuit Court.—Debt by *Ferguson*, assignee of *Munden*, the obligee, against *Fugate*, the obligor, on a writing obligatory for 255 dollars and 20 cents, dated the 9th of *June*, 1820, and payable the last of *August* following. Two pleas: the first in bar, except as to 142 dollars and 80 cents; the second in bar, except as to 178 dollars. They stated, that the defendant had been indebted to the obligee since the last of *August*, 1818, in the sum of 220 dollars; that in pursuance of a corrupt and usurious agreement, the defendant, on, &c. in consideration of forbearance, gave the obligation, &c. including that debt and usurious interest at 8 per cent. per annum from the time the debt accrued until the last of *August*, 1820, when the bond was made payable. The pleas further stated a payment of 42 dollars. The plaintiff, praying judgment for the part confessed, demurred specially to the pleas for duplicity, and for not answering what they professed to answer. Demurrers sustained, and judgment for the plaintiff below.

SCOTT, J.—The first plea claims a greater deduction from the amount really due, than is authorized by the statute. The second claims a credit on the obligation, only for the usurious interest charged, and the payment actually made. This plea is good in substance and sufficiently formal, the demurrer to it ought therefore to have been overruled (1).

*Per Curiam.*—The judgment is reversed, and the proceedings subsequent to the plea are set aside, with costs. Cause remanded, &c.

*Rariden*, for the plaintiff.
*Smith*, for the defendant.

(1) The rate of interest here is 6 per cent. per ann. If more be taken it is usury. Stat. 1823, p. 227. If a contract be usurious, the principal debt may be recovered, but no interest. *Crawford* v. *Harvey*, *Nov.* term, 1825, post.— *Harvey* v. *Crawford*, *May* term, 1827, post. The *English* statute of 12 Anne provides, that all bonds, contracts, and assurances whatsoever, whereupon and whereby shall be reserved or taken above the rate of 5 per cent. shall.be utterly void. 3 Stark. Ev. 1522. The *English* law of usury is fully explained in a note to *Jones* v. *Davison*, 1 Holt, 256.